CIVIL DOCKET

UNITED STATES DISTRICT COURT          Jury demand date:

CA-73-218 CH

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS  DRK  Jury |
|---|---|
| WALTER J. GRIFFIN, individually and doing Business as Griffin Block and Sand Company  Vs.  James Justice and MAXIE COLLEY JUSTICE  BASIS OF ACTION: Removed from State Court; Diversity of Citizenship; ~~personal injury demands~~ damage to motor vehicle, machinery and cargo sustained by auto accident; demands $20,000.00 and jury trial | For plaintiff:  Steven L. Miller Kay, Casto & Chaney 1616 Charleston National Plaza Charleston, W. Va., 25301 Telephone: 304-343-4831  For defendant: John M. Slack, III and W. T. O'Farrell Jackson, Kelly, Holt & O'Farrell 1601 Kanawha Valley Building Charleston, W. Va. Phone: 343-4331 |

| STATISTICAL RECORD | COSTS | | DATE 1973 | NAME OR RECEIPT NO. | REC. | | DISB. | |
|---|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | 8/2 8/13 | #63716 CD #4 | 15 | 00 | 15 | 00 |
| J.S. 6 mailed | Marshal | | | | | | | |
| Basis of Action: | Docket fee | | | | | | | |
| | Witness fees | | | | | | | |
| Action arose at: | Depositions | | | | | | | |

CA-73-218 CH

WALTER J. GRIFFIN, individually and doing business as Griffin Block and Sand Company Vs. JAMES JUSTICE and MAXIE COLLEY JUSTICE

PRE-TRIAL HELD 1-23-74 DRK  DRK

| DATE 1973 | PROCEEDINGS JURY TRIAL | Date Order or Judgment Noted |
|---|---|---|
| Aug 2 | (1) FILED: Petition of Defendants' for Removal from Court of Common Pleas of Kanawha County, West Virginia | |
| Aug 2 | (2) FILED: Bond for Removal with Surety | |
| Aug 6 | (3) FILED: Answer of defendants' | |
| Aug 7 | (4) FILED: Plaintiffs' Notice to take Discovery Deposition of James Justice and Maxie Colley Justice | |
| Oct. 24 | RECEIVED: Discovery depositions of James Justice and Maxine Colley Justice in one volume | |
| **1974** | | |
| Jan. 24 | (5) FILED: Defdts" notice to take deposition | |
| Feb. 14 | (6) FILED: Defdts' notice of motion and motion attached | |
| Feb. 22 | (7) FILED: Pltf's interrogatories to defdts | |
| Feb. 22 | (8) FILED: Pltf's notice of motion with motion | |
| Feb. 26 | (9) ORDER: Respective motions of parties to join additional parties are denied | Merhige |
| Feb. 26 | RECEIVED: Deposition of Walter J. Griffin | |
| Feb. 26 | RECEIVED: Deposition of Walter Johnson Griffin, Jr. | |
| Mar. 1 | (10) ORDER: Filing transcript of hearing on 2-26-74 and making part of record; Court denies motion of pltf and motion of defdts with leave to renew said motions at conclusion of trial | Merhige |
| Mar. 11 | (11) FILED: Defdts Objection to interrogatories | |
| Mar. 12 | (12) FILED: Court reporter's certified transcript for 2-26-74 Pltf Griffin's | |
| Mar. 19 | (13) FILED:/ Notice of motion with motion attached | |
| Mar. 28 | (14) FILED: DEFDTS" answers to pltfs interrogatories with affidavit of XXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXX of John Slack attchd pltf's | |
| Apr. 2 | (15) ORDER: Granting/motion to compel answers to interrogatories by defendant defdt to seerve answers upon pltf not later than 3-30-74 | Knapp |
| May 14 | FILED? Praeceipe; issued 5 spas behlf pltf retnble 5-22-74 @ 9:30 | |
| Jul 25 | (16) ORDER: Action dismissed with prej to pltf and defdts as settled | Knapp |
| **1981** | | |
| Nov 18 | (17) NOTICE to dispose of dep. purs. to Local Rule 1.15.    eap | |